STATE v. HAL WAY.

(Filed 12 April, 1950.)

APPEAL by defendant from *Armstrong, J.,* December Term, 1949, of RANDOLPH. No error.

The defendant was indicted for assault with deadly weapon with intent to kill, inflicting serious injury not resulting in death. G.S. 14-32. The jury returned verdict of guilty of assault with deadly weapon, and from judgment imposed defendant appealed.

*Attorney-General McMullan, Assistant Attorney-General Bruton, and Walter F. Brinkley, Member of Staff, for the State, appellee.*
*Sam W. Miller for defendant, appellant.*

PER CURIAM. Defendant's only assignments of error relate to the action of the trial court in overruling his objection to certain questions propounded to defendant on cross-examination, but from inspection of the record the impropriety of the questions does not appear, nor do we perceive harm resulting therefrom to defendant's cause. The evidence was sufficient to support the verdict, and there was no exception to the judge's charge to the jury. *S. v. Sullivan,* 229 N.C. 251 (258), 49 S.E. 2d 458.

No error.